CLARENCE C. GOULD, Appellant, v. JAMES F. WYGANT, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JOHN W. LANG, Respondent, v. EUGENE LANZEL and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion to dismiss granted, with ten dollars costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

WILLIAM F. TAYLOR, Appellant, v. McHENRY-MILHOUSE MANUFACTURING COMPANY, INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

BERTHA L. NEWELL, Respondent, v. STANLEY H. NEWELL, Appellant.— Order reversed, without costs of this appeal to either party, and motion denied, without prejudice to a renewal of the motion upon additional papers. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Application of JOSEPH H. ECKERT and TERESA B. ECKERT for a Peremptory Mandamus Order Directing the Issuance and Delivery to Them of a Written Permit for the Erection of a Certain Building in the City of Buffalo.— Order affirmed, without costs of this appeal to either party. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

J. AUGUST SCHNEIDER, Appellant, v. TOWN OF WEBSTER and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

FREDERICK WIEDMAN, as Temporary Administrator, etc., of JOSEPHINE TULLIUS, Respondent, v. ELLA TULLIUS, Appellant, and PENNSYLVANIA RAILROAD COMPANY, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JENNIE L. CANFIELD, Appellant, v. ELMER E. HARRIS & COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

HENRY E. JOSLYN, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Hubbs, P. J., Clark, Sears and Sawyer, JJ.

DOMENICO SURACE and Another, Respondents, v. SAM DANNA, Appellant, Impleaded with Another Defendant.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

In the Matter of the Probate of the Last Will and Testament of GIOVANNI R. MOTTOLA, Deceased.— Motion for reargument denied, with ten dollars costs.